**Motion Granted; Order and Dissent to Order filed March 9, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00817-CV

_____

**KITTEN STRAHAN AND LEOPOLD SISTER PROPERTIES, LLC,**
**Appellants**

**V.**

**JAMES DEAVER SERVICES, INC. AND JAMES E. DEAVER, JR.,**
**Appellees**

**On Appeal from the 10th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 20-CV-0531**

## ORDER

On February 11, 2021, appellees filed an unopposed motion to substitute counsel. The motion is GRANTED.


/s/ Tracy Christopher
Chief Justice

Panel Consists of Chief Justice Christopher and Justices Wilson and Spain. (Spain, J., dissenting).